# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRUCE DARNELL MOORE,<br><br>　　　　　　　　　　Defendant. | No. CR 25-52-GF-WWM<br><br>FINDINGS AND RECOMMENDATION CONCERNING CHANGE OF PLEA |

　　　　The Defendant, by consent, has appeared before me pursuant to Federal Rule, Fed. R. Crim. P. 11, and has entered a plea of guilty to the charge of possession with intent to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 851 as set forth in the Indictment. After examining the defendant under oath, the Court determined that the plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands her constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a plea was entered contained each of the essential elements of the offense. I recommend that the Defendant be

adjudged guilty and that sentence be imposed. A presentence report will be ordered.

## NOTICE

Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 9th day of December 2025.

_____
John Johnston
United States Magistrate Judge