**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRUCE DARNELL MOORE, <br><br> Defendant. | CR 25-52-GF-WWM <br><br> FINAL ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for

Final Order of Forfeiture (Doc. 69) pursuant to Federal Rule of Criminal Procedure

32.2(c)(2). Having reviewed the motion, the Court finds:

1.      The United States commenced forfeiture in this action pursuant to

21 U.S.C. § 853(a)(1)-(2) for violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), to

which Defendant Moore pled guilty. (Doc. 52).

2.      On April 7, 2026, the Court entered a Preliminary Order of Forfeiture.

(Doc. 55).

3.      Publication has been effected as required by 21 U.S.C. § 853(n)(1)

and Federal Rule of Criminal Procedure 32.2(b)(6) and all known interested parties

were provided an opportunity to respond. No claims have been made to any of the

identified forfeitable property, and the time for doing so has expired.

4.      There appears to be cause to issue a final order of forfeiture under Federal Rule of Criminal Procedure 32.2(c).

Accordingly, **IT IS ORDERED** that the Unopposed Motion for Final Order of Forfeiture (Doc. 69) is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment of forfeiture of the following property shall be entered in favor of the United States pursuant to 21 U.S.C. § 853(a)(1)-(2) free from the claims of any other party:

- $1,850.00 in U.S. currency, seized on or about May 1, 2025 in Great Falls, Montana.

**IT IS FURTHER ORDERED** that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law when no longer needed as evidence.

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this 25th day of June, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE